United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ATIEH NASERJOUI, "Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00144 |
| WARDEN, EL VALLE DETENTION CENTER, *et al.*, "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"). For these reasons, the Petition (Dkt. No. 1) is **DISMISSED without prejudice**.

## I. BACKGROUND

Petitioner filed her Petition through counsel, Dr. Sahar Jalili Pawelski, Esq. Dkt. No. 1 at 9. On September 21, 2026, the Court ordered Petitioner to file an amended § 2241 petition on or before October 16, 2026 (Dkt. No. 8 at 2) ("Initial Order"). Petitioner was also notified that a failure to comply with the Court's order could lead to the dismissal of her case for lack of prosecution. *Id.* Petitioner failed to comply with the Court's Initial Order.

On October 21, 2026, the Court ordered Petitioner's counsel to comply with the Court's Order dated September 21, 2026, on or before October 30, 2026 (Dkt. No. 15) ("Second Order"). Petitioner's counsel was notified that failure to comply with the Court's Second Order could lead to the dismissal of Petitioner's case for lack of prosecution. *Id.* Petitioner's counsel failed to comply with the Court's Second Order (Dkt. No. 15) and has yet to file the amended § 2241 petition as ordered.

## II. DISCUSSION

Rule 41(b) of the Federal Rules of Civil Procedure permits a court to dismiss an action *sua sponte* for failure to prosecute or follow court orders. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988). Because Petitioner and her counsel failed to follow the Court's Initial Order (Dkt. No. 8) and Second Order (Dkt. No. 15), the Court **DISMISSES** Petitioner's Petition (Dkt. No. 1) **without prejudice**. The Clerk of the Court is **INSTRUCTED** to close the case.

Signed this 10th day of November 2026.

Rolando Olvera
United States District Judge